

```
____ FILED              ____ RECEIVED
____ ENTERED            ____ SERVED ON
                   COUNSEL/PARTIES OF RECORD

              OCT - 7 2013

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CR-368-JCM-(PAL) |
| ANTONIO PHILLIP JOHNSON, | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE AS TO ANTONIO PHILLIP JOHNSON

On July 9, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant ANTONIO PHILLIP JOHNSON to the United States of America. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 32; Change of Plea Minutes, ECF No. 31; Preliminary Order of Forfeiture, ECF No. 33.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant ANTONIO PHILLIP JOHNSON.

DATED this 7th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE